IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCOTT SAIDE, | 1:11-cv-00418-MJS (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| MATTHEW CATE, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner is currently incarcerated at the La Palma Correctional Center, a private prison operated by the Corrections Corporation of America, in Eloy, Arizona.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination. Id.

Petitioner is challenging his transfer to a privately owned prison outside the state of California and various alleged due process violations relating to his conviction from Shasta

1 County. Shasta County is located in the Sacramento Division of the United States District
2 Court for the Eastern District of California. Therefore, the petition should have been filed
3 in the Sacramento Division. Local Rule 120(d).
4     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the
5 proper court may, on the court's own motion, be transferred to the proper court. Therefore,
6 this action will be transferred to the Sacramento Division.
7     Good cause appearing, IT IS HEREBY ORDERED that:
8     1. This action is transferred to the United States District Court for the Eastern
9 District of California sitting in Sacramento; and
10     2. All future filings shall reference the new Sacramento case number assigned
11 and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

15 IT IS SO ORDERED.

16 Dated:   March 22, 2011      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE